FILED
2006 Jan-24  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

**SHEET METAL WORKERS LOCAL )**
**48 HEALTH AND WELFARE FUND,**
                                 **)**
    **PLAINTIFF,**
                                 **)**
**VS.**                                          **2:05-cv-00604-JHH**
                                 **)**
**JHK SYSTEMS, INC.,**
                                 **)**
    **DEFENDANT.**

## FINDINGS AND CONCLUSIONS

This cause is before the court on the January 13, 2006 motion for an entry of judgment, supported by an attached Declaration of Billie Davis and in response to this court's December 5, 2005 entry of default. The court makes the following findings and conclusions:

    1.    Service was perfected on defendant by personal service upon the Registered Agent, Robert M. Johnson on August 24, 2005, and defendant has failed to appear, plead or otherwise defend.

    2.    Defendant is indebted to plaintiff in the principal sum of $27,031.76.

    3.    Plaintiff is due to recover from defendant the sum of $27,031.76 plus interest hereafter at the prevailing legal rate per annum until paid in full.

4.  A separate judgment by default will be entered.

**DONE** this the ___24th___ day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE